IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KYLE MOON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )  Case No.  04-537-MJR |
| **LEANNE PATE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the Court for purposes of docket control.

Plaintiff has notified the Court that he has a new address.  **See, Doc. 18.**  Defendant's motion to dismiss was sent to his old address, and may not have been forwarded.

Therefore, the Court orders defendant to serve another copy of her motion to dismiss and memorandum in support **(Docs. 15 and 16)** upon plaintiff at his new address within 5 days of the receipt of this Order.

Plaintiff is granted an extension of time, up to and including **December 12, 2005**, in which to respond to the motion to dismiss.

**IT IS SO ORDERED.**

**DATE:  November 8, 2005.**

> s/ Clifford J. Proud
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**